**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7146**

———————

JAMES H. PORTER,

                                    Plaintiff - Appellant,

        versus

JOHN BELL, Commonwealth Attorney, Warren
County; CHRISTIAN J. GRIFFIN, Esq.; KAREN E.
MORRIS, Probation Officer Dist. #11 for Warren
County,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (CA-02-493-2)

———————

Submitted:  December 11, 2003      Decided:  December 19, 2003

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James H. Porter, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James H. Porter appeals the district court's order dismissing as frivolous his action under 42 U.S.C. § 1983 (2000), without prejudice to his right to file a habeas corpus petition. We have reviewed the record and conclude that the district court did not abuse its discretion in finding Porter's claims were legally frivolous. See 28 U.S.C. § 1915A (2000). Accordingly, we affirm on the reasoning of the district court. See Porter v. Bell, No. CA-02-493-2 (E.D. Va. July 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED